No. 63290.—Henry Black, Ltd., Inc., and American Shipping Company et al. *v.* United States, protests 162126–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiffs was sustained.

No. 63291.—W. R. Keating & Co., Inc., and Antique Market, Inc., et al. *v.* United States, protests 170059–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that the involved merchandise is not plated with silver on nickel silver or copper but is wholly or in chief value of metal which has been gold plated, the claim of the plaintiffs was sustained.